UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_____

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP,

        Plaintiff-Appellant,

v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,


        Defendants-Appellees.

_____

Docket No. 22-cv-60299

## AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Plaintiff-Appellant Seven Stars on the Hudson Corporation, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from order dismissing the bankruptcy appeal entered by the Southern District of Florida in this case on October 17, 2022. (DE # 47) [see attached Exhibit A] as well as the following orders entered by the Bankruptcy Court, Adv. Pro. No. 19-01230: Final Judgment against Seven Stars on the Hudson Corporation granting summary judgment in favor of Defendants MDG Powerline Holdings, LLC and XBK Management, LLC d/b/a Xtreme Action Park and dismissing Plaintiff-Appellant's Second Amended Complaint for the reasons set forth in the Memorandum Opinion [ DE # 234] (and bringing up for review orders dated January 28, 2022 [DE # 235, 236], interlocutory order dated May 13, 2021 [DE # 157])[see attached Exhibit B].

The parties to the judgment and order appealed from and the names and addresses of their respective counsel are set forth below:

Seven Stars on the Hudson Corporation
Represented by:
Law Office of Kathleen A. Daly, P.A.
515 N. Flagler Dr., Ste. P300
West Palm Beach, FL 33401
(917) 301-2437
 kdaly@kadalylaw.com

MDG Powerline Holdings, LLC
Represented by:
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue,
23rd Floor
Miami, FL 33131
(305) 374-7580
jsnyder@bilzin.com

and

Scott A. Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
(305) 858-2900
shiaasen@coffeyburlington.com

XBK Management, LLC
Represented by:
KAI JACOBS, PA
d/b/a Xtreme Action Park
2222 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 768-9846
kj@sflblg.com

Dated: November 16, 2022.

        Respectfully submitted,

        LAW OFFICE OF KATHLEEN A. DALY, P.A.
        515 N. Flagler Dr., Ste. P300
        West Palm Beach, FL 33401
        Tel: Office: (561) 293-8514/(917) 301-2437
        Fax No.    (800) 395-8692
        Email: kdaly@kadalylaw.com

By: _____*/s/ Kathleen A. Daly*_____
        Kathleen A. Daly
        Fla. Bar. No. 112438

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF and/or via email on November 16, 2022, on all counsel or parties of record on the below/attached Service List.

*/s/ Kathleen A. Daly*
Kathleen A. Daly

**Service List**

Jay M. Sakalo, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
Tel: (305) 374-7580
Email: jsakalo@bilzin.com

Scott A. Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Tel: (305) 858-2900
Email: shiaasen@coffeyburlington.com


Attorneys for Appellee, MDG Powerline Holdings, LLC

Kai Jacobs, Esq.
KAI JACOBS, PA
2222 Ponce de Leon Blvd
Coral Gables, FL 33134
Tel: (305) 768-9846
Email: kj@sflblg.com

Attorneys for Appellee, XBK Management LLC